# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:23-cr-00090 |
| ) | |
| v. ) | District Judge Curtis L. Collier |
| ) | |
| GREGORY LAMAR GILLESPIE, JR. ) | Magistrate Judge Christopher H. Steger |

## O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 53) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the two-count Indictment; (2) accept Defendant's guilty plea to Count Two of the two-count Indictment; (3) adjudicate Defendant guilty of use and brandishing of a firearm in furtherance of the crime of violence charged in Count One in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 53) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two of the two-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the two-count Indictment is **ACCEPTED**;

3. Defendant is **ADJUDGED** guilty of use and brandishing of a firearm in furtherance of the crime of violence charged in Count One in violation of 18 U.S.C. § 924(c)(1)(A)(ii);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **October 8, 2025, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**